UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JONATHAN CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:18-cv-118 |
| ) | |
| DANIEL TUCKER, ) | |
| ) | |
| Defendant. ) | |

## ENTRY ORDER

On March 16, 2021, the court held a status conference. The parties attended mediation but did not settle. At the conference, plaintiff's counsel increased the offer. The parties will follow up with settlement discussions over the course of the next two weeks. If a settlement is not reached, counsel for both sides will confirm their clients' willingness to appear for a court trial to be conducted by Zoom. The estimate is that the testimony will not last more than one day.

Plaintiff's counsel shall advise the court after April 5, 2021, concerning the status of the settlement discussions and the need, if any, for a one-day court trial.

Dated at Rutland, in the District of Vermont, this 16th day of March, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court